**AFFIDAVIT OF ADRIANO CORONEL**

STATE OF OKLAHOMA          )
                           ) ss.
COUNTY OF OKLAHOMA         )

Before me, the undersigned authority did personally appear Adriano Coronel who, having been sworn upon his oath did state:

He is the Claims Manager for the Risk Management Department, Division of Risk, Assessment and Compliance, Office of Management and Enterprise Services, State of Oklahoma; and,

That according to a review of the records and files of the Risk Management Department, no tort claim has been filed by or on behalf of Afia Wright, in any form or from any source with the Oklahoma State Risk Management Department, nor has the Oklahoma State Risk Management Department been notified of any tort claims by or on behalf of Afia Wright.

FURTHER AFFIANT SAYETH NOT.

_____
ADRIANO CORONEL
Claims Manager,
Risk Management Department,
Risk, Assessment and Compliance,
Office of Management and Enterprise Services
State of Oklahoma

The foregoing instrument was acknowledged before me this 18th of November 2025 by Adriano Coronel

_____
NOTARY PUBLIC

My Commission Expires: _June 6, 2026_
My Commission Number: _22007558_

DELANA LATRICE HURST
Notary Public, State of Oklahoma
Commission # 22007558
My Commission Expires 06-02-2026

**Exhibit 1**