**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AFIA WRIGHT,<br><br>Plaintiff,<br>v.<br><br>STATE OF OKLAHOMA *ex rel.,* THE OKLAHOMA MEDICAL MARIJUANA AUTHORITY,<br><br>Defendant. | **Case No.: 25-cv-1340-CMS** |

**DEFENDANT'S ANSWER**

Defendant, State of Oklahoma, *ex rel.,* The Oklahoma Medical Marijuana Authority ("OMMA" or "Defendant"), for its Answer to Plaintiff's Complaint, states the following:

**PARTIES, JURISDICTION AND VENUE**

1. Defendant admits the allegations in Paragraph 1 of Plaintiff's Complaint.
2. In response to Paragraph 2, Defendant admits Plaintiff was terminated as part of a Reduction in Force ("RIF").
3. In response to Paragraph 3, Defendant admits Plaintiff is an African American/Black female, but is without sufficient information to admit or deny the remaining allegations, and therefore denies the same.
4. Defendant admits the allegations in Paragraphs 4-8 of Plaintiff's Complaint.

**STATEMENT OF FACTS**

5. Paragraph 9 does not require a response.
6. Defendant denies the allegations in Paragraphs 10-19 of Plaintiff's Complaint.

7. In response to Paragraph 20, Defendant admits Plaintiff reported she was being treated poorly, but Defendant denies that such treatment occurred.
8. Defendant denies the allegations in Paragraphs 21-23 of Plaintiff's Complaint.
9. Defendant admits the allegations in Paragraph 24 of Plaintiff's Complaint.
10. Defendant denies the allegations in Paragraphs 25-27 of Plaintiff's Complaint.
11. Paragraph 28 does not require a response.

## CAUSES OF ACTION

**I. VIOLATION OF TITLE VII (Race and Sex Discrimination)**

12. Paragraph 29 does not require a response.
13. Defendant denies the allegations in Paragraphs 30-34 of Plaintiff's Complaint.

**II. VIOLATION OF TITLE VII (Retaliation)**

14. This Cause of Action has been dismissed without prejudice, and therefore Paragraphs 35-38 do not require a response.

**III. VIOLATION OF TITLE VII (Hostile Work Environment)**

15. This Cause of Action has been dismissed without prejudice, and therefore Paragraphs 39-41 do not require a response.

**IV. VIOLATION OF TITLE VII (Failure to Promote)**

16. Paragraph 42 does not require a response.
17. Defendant admits the allegations in Paragraph 43.
18. Defendant denies the allegations in Paragraphs 44-45.

**V. VIOLATION OF 42 U.S.C. §1981 (Race Discrimination in Contractual Relationship)**

19. This Cause of Action has been dismissed with prejudice, and therefore Paragraphs 46-49 do not require a response.

**VI. VIOLATION OF 42 U.S.C. §1983 (Equal Protection)**

20. This Cause of Action has been dismissed with prejudice, and therefore Paragraphs 50-52 do not require a response.

**VII. VIOLATION OF OKLAHOMA ANTI-DISCRIMINATION ACT (OADA, 25 O.S. §§ 1101 et seq.)**

21. This Cause of Action has been dismissed without prejudice, and therefore Paragraphs 53-55 do not require a response.

**DAMAGES AND PRAYER FOR RELIEF**

22. Paragraph 56 does not require a response.
23. Defendant denies the allegations in Paragraphs 57 and 58, and further denies Plaintiff is entitled to any damages.
24. In response to Plaintiff's Prayer for Relief, Defendant denies Plaintiff is entitled to judgment in her favor, and further denies Plaintiff is entitled to damages or any other relief requested in Paragraphs A.– G. of Plaintiff's Prayer for Relief.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief may be granted.

2. All employment decisions regarding Plaintiff were made in good faith, and for bona fide, legitimate reasons.

3. OMMA acted in good faith and dealt fairly with Plaintiff at all times material to this lawsuit and the allegations contained therein.

4. OMMA did not unlawfully discriminate in any dealings with Plaintiff at any time material to this lawsuit and the allegations contained therein.

5. OMMA reserves and does not waive any defenses available under all federal and state laws.

6. Plaintiff's termination as part of a Reduction in Force ("RIF") was carried out legally and properly pursuant to state law.

7. Plaintiff's damages are subject to the statutory damage cap for Title VII claims.

8. OMMA reserves the right to amend and supplement these defenses as discovery proceeds.

Respectfully submitted,

/s/ *Dixie L. Coffey*

**DIXIE L. COFFEY, OBA#11876**
**AMY K. RAGAN, OBA#35198**
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
dixie.coffey@oag.ok.gov
amy.ragan@oag.ok.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record who are registered participants, and to Plaintiff's former counsel of record:

Kindra Dotson
Felina N. Rivera
Renaissance Legal Solutions
8524 S. Western Avenue, Suite 101
Oklahoma City, OK 73139

/s/ *Dixie Coffey*
Dixie Coffey